# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
————————

**No. 26-1094**  **September Term, 2025**

**EPA-HQ-OPP-2009-0361**

**Filed On:** May 4, 2026

In re: Environmental Working Group,

      Petitioner

**BEFORE:**    Walker, Childs, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for a writ of mandamus, it is

**ORDERED**, on the court's own motion, that the Environmental Protection Agency enter an appearance and file a response to the petition for a writ of mandamus, not to exceed 7,800 words, within 30 days of the date of this order. See D.C. Cir. Rule 21(a). Petitioner may file a reply, not to exceed 3,900 words, within 14 days of the filing of the response.

## Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

               BY:    /s/
                        Selena R. Gancasz
                        Deputy Clerk