# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-1094**                    **September Term, 2025**

**EPA-HQ-OPP-2009-0361**

**Filed On: May 27, 2026** [2175171]

In re: Environmental Working Group,

        Petitioner

**O R D E R**

Upon consideration of respondent's unopposed motion for extension of time, it is

**ORDERED** that the motion be granted. The response to the petition for writ of mandamus is now due no later than August 3, 2026.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:    /s/
       Katy M. Bartelma
       Deputy Clerk