# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 26-1094** | **September Term, 2025**

**EPA-HQ-OPP-2009-0361**

**Filed On: July 30, 2026** [2185857]


In re: Environmental Working Group,

Petitioner

## ORDER

Upon consideration of respondent's unopposed motion for extension of time to file response, it is

**ORDERED** that the motion be granted. The response to the petition for writ of mandamus is now due no later than October 7, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Katy M. Bartelma
Deputy Clerk