# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-1094** **September Term, 2026**

**EPA-HQ-OPP-2009-0361**

**Filed On: October 16, 2026** [2198647]

In re: Environmental Working Group,

Petitioner

**O R D E R**

Upon consideration of petitioner's unopposed motion for extension of time to file reply brief, it is

**ORDERED** that the motion be granted. Any reply is now due no later than October 28, 2026.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Katy M. Bartelma
Deputy Clerk